# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Roberta Naylor, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15cv116-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Wells Fargo Home Mortgage, Inc, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 5, 2016 Order.

January 5, 2016

_____
Frank G. Johns, Clerk
United States District Court